# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bissoon, Cathy | US District Court for the Western District of Pa. | 05/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

US Courthouse & Post Office
700 Grant Street
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Q. Todd Dickinson American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Arnold & Porter -- Special Master Fees |
| 2. | 2012 | Ropes & Gray -- Special Master Fees |
| 3. | 2012 | SAE International -- Wages |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/23/12-3/24/12 | New York, NY | Dinner in honor of federal judiciary | Airfare, one night lodging, dinner and brunch for me and my spouse. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Allegheny County Bar Association | Printing of invitations and programs and postage for installation ceremony | $634.19 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Niagara (Savings) | A | Interest | J | T | | | | | |
| 2. Allegent Community Federal Credit Union (Savings/CD) | A | Interest | J | T | | | | | |
| 3. WesBanco (Savings) formerly Fidelity Bank | A | Interest | M | T | | | | | |
| 4. IRA #1 | | | | | | | | | |
| 5. - Dreyfus Liquid Assets Inc. Class 2 | A | Interest | | | Redeemed | 5/4/12 | J | | |
| 6. -MS Liquid Asset Fund | A | Interest | J | T | Open | 5/4/12 | J | | |
| 7. - Cambiar Small Cap Fund | A | Dividend | J | T | | | | | |
| 8. - Eatpn Vance Large Cap Value FD Cl. I | | None | | | Sold | 04/13/12 | L | | |
| 9. - Ivy Mid Cap Growth Fund Cl. I | A | Dividend | K | T | | | | | |
| 10. - JPMorgan Dynamic Small Cap Growth Fund Select Class* | A | Dividend | K | T | | | | | |
| 11. -Mainstay Large Cap Growth Fund Cl. I | D | Dividend | L | T | | | | | |
| 12. - Managers Systematic Mid Cap Vl. I | | None | J | T | | | | | |
| 13. - Metropolitan West Total Return Bond Fund Class I | A | Dividend | K | T | | | | | |
| 14. - Pimco Foreign Bond US Hedged P | | None | K | T | Buy | 4/13/12 | K | | |
| 15. -Templeton Global Bond Fund Advisor Class | | None | | | Sold | 4/13/12 | K | | |
| 16. - Thornburg Int'l Value Fund Cl. I | B | Dividend | K | T | | | | | |
| 17. - Virtus Insight Emerging Mkts. I | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Blackrock Inflat Prot Bond I | | None | J | T | Buy | 8/24/12 | J | | |
| 19.  -EV Income Fund of Boston I | A | Dividend | K | T | Buy | 8/24/12 | K | | |
| 20.  -Legg Mason WA Emerging Mkt. Debt I | B | Dividend | K | T | Buy | 4/13/12 | K | | |
| 21.  -Nuveen NWQ Large Cap Value I | A | Dividend | L | T | Buy | 4/13/12 | L | | |
| 22.  -Pimco Short Term P | A | Dividend | J | T | Buy | 8/24/12 | J | | |
| 23.  -Pimco Emerging Local Bond | A | Dividend | | | Sold | 4/13/12 | K | | |
| 24.  IRA #2 | | | | | | | | | |
| 25.  -Cambiar Small Cap Fund | B | Dividend | J | T | | | | | |
| 26.  -Eaton Vance Commodity Strategy Fund Cl. I | | None | K | T | | | | | |
| 27.  -Eaton Vance Large Cap Value FD Cl. I | D | Dividend | | | Sold | 4/13/12 | L | | |
| 28.  -Goldman Sachs Absolute Return Tracker Cl. I | A | Dividend | L | T | | | | | |
| 29.  -ING Golbal Real Estate FD Cl. I | C | Dividend | K | T | | | | | |
| 30.  -Ivy Mid Cap Growth Fund Cl. I | C | Dividend | K | T | | | | | |
| 31.  -JP Morgan Dynamic Small Cap Growth Fund Select Class | C | Dividend | K | T | | | | | |
| 32.  -Mainstay Large Cap Growth Fund Cl. I | D | Dividend | M | T | | | | | |
| 33.  -Managers Systematic Mid Cap Vl. I | B | Dividend | J | T | | | | | |
| 34.  -Metropolitan West Total Return Bond Fund Class I | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | -Pimco Emerging Local Bond Fund Cl. P | | None | | | Sold | 4/13/12 | K | | |
| 36. | -Rydex SGI Managed Futures Strategy Fund Cl. H | | None | | | Sold | 12/14/12 | K | | |
| 37. | -Thornburg Int'l Value Fund Cl. I | B | Dividend | L | T | | | | | |
| 38. | Virtus Insight Emerging Mkts. I | D | Dividend | L | T | | | | | |
| 39. | -MS Liquid Assets Fund | A | Interest | J | T | Open | 5/4/12 | J | | |
| 40. | -AQR Managed Futures Strategy I | | None | K | T | Buy | 12/14/12 | K | | |
| 41. | -Blackrock Inflat Prot Bond I | | None | J | T | Buy | 8/24/12 | J | | |
| 42. | -EV Income Fund of Boston I | B | Dividend | K | T | Buy | 8/24/12 | K | | |
| 43. | -Legg Mason WA Emerg Mkt Debt I | B | Dividend | K | T | Buy | 4/13/12 | K | | |
| 44. | -Nuveen NWQ Large Cap Value I | A | Dividend | L | T | Buy | 4/13/12 | L | | |
| 45. | -Pimco Foreign Bond US Hedged P | | None | J | T | Buy | 8/24/12 | J | | |
| 46. | - Dreyfus Liquid Assets Inc. | A | Interest | | | Redeemed | 5/4/12 | J | | |
| 47. | Brokerage Account #1 | | | | | | | | | |
| 48. | - Capital World Growth and Income Fund Class A | A | Dividend | J | T | | | | | |
| 49. | - Growth Fund America Class A | A | Dividend | K | T | | | | | |
| 50. | - New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 51. | - Washington Mutual Investors Fund Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - CitiBank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 53. Ally Bank (Savings/CD) | A | Interest | K | T | | | | | |
| 54. The Walt Disney Company | A | Dividend | J | T | | | | | |
| 55. Pet Ecology Brands (Common) | | None | J | T | | | | | |
| 56. Biomass Secure Power (common) | | None | J | T | | | | | |
| 57. College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | C | Int./Div. | L | T | | | | | |
| 58. College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | D | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to Section VII, Line 5, the CitiBank NA Bank Deposit Program account identified in my 2011 Financial Disclosure (Section VII, Line 6) was converted to the Dreyfus Liquid Assets Class 2 account on 1/26/11. I inadvertently did not reflect this change on my 2011 Financial Disclosure Statement. The values listed for the account reflected in 2011 (Section VII, Line 6 of 2011) are accurate for my Dreyfus Liquid Assets Class 2 account that year.

In Section VII, Lines 12 and 33, the "Managers Systematic Mid Cap VI I," was formerly known as "Managers AMG Systematic Mid Cap Value FD Instl. Share Cl."

In Section VII, Lines 17 and 38, the "Virtus Insight Emerging Mkts. I," was formerly known as "Virtus Emerging Markets Opportunities Fund Class I."

In Section VII, Line 57, the CollegeInvest Direct Portfolio College Savings Plan Moderate was converted to a CollegeInvest Direct Portfolio College Savings Plan Conservative account automatically during the course of the year.

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 05/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy Bissoon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544